District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEJANDRO ELIGIO MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>Defendants. | No. 2:23-cv-1508-RSM<br><br>STIPULATED MOTION FOR DISMISSAL AND ORDER<br><br>Noted for Consideration:<br>October 23, 2023 |

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants jointly stipulate to dismiss this case. Plaintiff brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to issue a priority date and accept his application to adjust status for processing. USCIS accepted the Plaintiff's application for processing on October 18, 2023. Accordingly, the above-captioned action having been resolved, the parties stipulate to dismiss without prejudice, with each party to bear their own fees or costs.

//

//

//

STIPULATED MOTION TO DISMISS - 1
(2:23-cv-1508-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| Dated: October 23, 2023 | Respectfully submitted, |
| | TESSA M. GORMAN<br>Acting United States Attorney |
| | *s/Michelle R. Lambert email authorization*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone:  253-428-3824<br>Email:  michelle.lambert@usdoj.gov<br>*Attorneys for Defendants* |
| | BARRAZA LAW, PLLC |
| | *s/Vicente Omar Barraza*<br>VICENTE O. BARRAZA, WSBA #43589<br>10728 16TH Ave. SW<br>Seattle, Washington 98146<br>Phone:  206-933-7861<br>Email:  omar@barrazalaw.com<br>*Attorney for Plaintiff* |

STIPULATED MOTION TO DISMISS          - 2
 (2:23-cv-1508-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties having stipulated and agreed, the case is dismissed without prejudice with all parties to bear their own costs and attorneys' fees.  It is so **ORDERED**.

DATED this 23rd day of October, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO DISMISS     - 3
(2:23-cv-1508-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970